# EXHIBIT A

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF COCONINO

| | |
|---|---|
| STATE OF ARIZONA,<br><br>Plaintiff,<br><br>vs.<br><br>TREMAYNE THOMAS NEZ,<br><br>Defendant. | SUPERIOR COURT NO. 2019-00662<br><br>GRAND JURY NO. GJ 237-2019<br><br>**NONSUPERVENING INDICTMENT**<br><br>Felony<br><br>SALE OF DANGEROUS DRUGS |

The grand jurors of Coconino County, Arizona accuse

TREMAYNE THOMAS NEZ

On this June 13, 2019 charging that in Coconino County, Arizona:

Count 1
SALE OF DANGEROUS DRUGS

On or about 04/04/2019, TREMAYNE THOMAS NEZ knowingly sold, transferred or offered to sell or transfer a dangerous drug, to wit: Lysergic Acid Diethylamide, a class 2 felony, in violation of A.R.S. §§13-3407(A)(7), 13-3401, 13-3419, 13-701, 13-702 and 13-801.

WILLIAM P. RING
COCONINO COUNTY ATTORNEY

By: _____
Bryan Shea
Deputy County Attorney

_____True Bill_____
Foreperson Writes a True Bill or No Bill

_____
Foreperson of the Grand Jury