1  Southwest Center for Equal Justice
   Gary Pearlmutter, AzSBN 014592
2  Wendy F. White, AzSBN 011352
   Mailing:1124 Mountainaire Rd.
3  Flagstaff, AZ  86005
   (928) 525-9255
4  gary.pearlmutter@swcej.org
   wendy.white@swcej.org
5  Attorneys for Plaintiffs

6  IN THE UNITED STATES DISTRICT COURT
   FOR THE DISTRICT OF ARIZONA

7

| | |
|---|---|
| Tremayne Nez and Marcella Nez, husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>The City of Flagstaff; an Arizona Municipality;<br>Clint Hill, in his individual and official capacities, and Tricia Hill, husband and wife;<br>Colton B. Hutchinson, in his individual and official capacities, and Jane Doe Hutchinson, husband and wife;<br>Dustin J. Eberhardt, in his individual and official capacities, and Jane Doe Eberhardt, husband and wife.<br><br>Defendants. | Case No.: 3:20-CV-08146-DLR--CDB<br><br>STIPULATION TO EXTEND THE DEADLINE TO RESPOND TO THE DEFENDANT'S MOTION TO DISMISS (First Request) |

The Plaintiffs, Tremayne Nez and Marcella Nez, by and through undersigned counsel, and the Defendants, City of Flagstaff, et al, by and through undersigned counsel, stipulate to an extension of four weeks for the Plaintiffs to respond to the Defendant's Motion to Dismiss pursuant to Rule 6(b) of the Federal Rules of Civil Procedure. The

Defendants filed the Motion to Dismiss pursuant to Rule 12(b) of the Federal Rules of Procedure on November 2, 2020 and the Plaintiff's response is due on November 16, 2020 pursuant to Rule 7.2 of the Local Rules of Civil Procedure for the Federal District Court of Arizona. The City proposed a settlement offer to Plaintiffs and they agreed to the settlement amount, but proposed additional non-monetary terms. Accordingly, counsel for the City must present to and consult with the City Council for the City of Flagstaff and obtain instruction from the City Council concerning the additional proposed terms. Per A.R.S. § 38-431.03, Defendants' counsel must review with the City Council in an Executive Session. Due to the upcoming Thanksgiving holiday and the need to schedule an Executive Session, the parties anticipate needing additional time to continue discussions and resolve the proposal of non-monetary terms of the settlement.

DATED this 16th day of November, 2020.

SOUTHWEST CENTER FOR EQUAL JUSTICE

By /s/ *Gary Pearlmutter*

Gary Pearlmutter
Attorney for the Plaintiff


JONES, SKELTON & HOCHULI, P.L.C.

By /s/ Michele Molinario with Permission

Michelle Molinario
Joseph Leverence
40 North Central Avenue, Suite 2700
Phoenix, Arizona 85004
Attorneys for Defendants

CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of November, 2020, I electronically filed the foregoing document with the Clerk of the Court through the CM/ECF System for filing; and served the following parties of record via the CM/ECF system.

Michelle Molinario
Joseph Leverence
Jones, Skelton & Hochuli, P.L.C.
40 North Central Avenue, Suite 2700
Phoenix, Arizona 85004
Attorneys for Defendants

/s/ *Gary Pearlmutter*