# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Tremayne Nez, Marcella Nez,<br><br>  Plaintiffs,<br><br>v.<br><br>City of Flagstaff, et al.,<br><br>  Defendants. | No. CV 20-08146 PCT DLR (CDB)<br><br>**ORDER** |

**IT IS ORDERED** that the stipulated motion at ECF No. 17 is **granted**. Accordingly, Plaintiffs shall have until December 14, 2020 to file a response to the motion to dismiss at ECF No. 16.

Dated this 17th day of November, 2020.

Camille D. Bibles
United States Magistrate Judge