Michele Molinario, Bar #020594
Joseph E. Leverence, Bar #033199
JONES, SKELTON & HOCHULI, P.L.C.
40 North Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 263-1700
Fax: (602) 200-7831
mmolinario@jshfirm.com
jleverence@jshfirm.com

Attorneys for Defendants City of Flagstaff, Clint Hill and Tricia Hill, Colton B. Hutchinson and Dustin J. Eberhardt

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Tremayne Nez and Marcella Nez, husband and wife,<br><br>                Plaintiffs,<br><br>v.<br><br>The City of Flagstaff; an Arizona Municipality; Clint Hill, in his individual and official capacities, and Tricia Hill, husband and wife; Colton B. Hutchinson, in his individual and official capacities, and Jane Doe Hutchinson, husband and wife; Dustin J. Eberhardt, in his individual and official capacities, and Jane Doe Eberhardt, husband and wife,<br><br>                Defendants. | NO. 3:20-cv-08146-DLR-CDB<br><br>**NOTICE OF SETTLEMENT** |

Defendants City of Flagstaff, Clint Hill, Tricia Hill, Colton B. Hutchinson and Dustin J. Eberhardt (collectively: "the Defendants"), through undersigned counsel, hereby notify the Court that the Plaintiffs and the Defendants have reached settlement in the above-captioned matter. The parties will be filing a Stipulation to Dismiss with Prejudice in its entirety[1] and Order in the near future.

---

[1] This forthcoming Stipulation to Dismiss with Prejudice shall include the entire case with prejudice, against all Defendants and unserved Jane Doe Defendants.

8952397.1

DATED this 1st day of December 2020.

JONES, SKELTON & HOCHULI, P.L.C.


By  */s/ Michele Molinario*
Michele Molinario
Joseph E. Leverence
40 North Central Avenue, Suite 2700
Phoenix, Arizona  85004
Attorneys for Defendants City of Flagstaff, Clint Hill and Tricia Hill, Colton B. Hutchinson and Dustin J. Eberhardt

**CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of December 2020, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

Gary Pearlmutter, Esq.
Wendy F. White, Esq.
Southwest Center for Equal Justice
1124 Mountainaire Road
Flagstaff, AZ  86005
*Attorneys for Plaintiffs*

 */s/ Cindy Castro*

2

8952397.1