Michele Molinario, Bar #020594
Joseph E. Leverence, Bar #033199
JONES, SKELTON & HOCHULI, P.L.C.
40 North Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 263-1700
Fax: (602) 200-7831
mmolinario@jshfirm.com
jleverence@jshfirm.com

Attorneys for Defendants City of Flagstaff, Clint Hill and Tricia Hill, Colton B. Hutchinson and Dustin J. Eberhardt

### UNITED STATES DISTRICT COURT

### DISTRICT OF ARIZONA

| | |
|---|---|
| Tremayne Nez and Marcella Nez, husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>The City of Flagstaff; an Arizona Municipality; Clint Hill, in his individual and official capacities, and Tricia Hill, husband and wife; Colton B. Hutchinson, in his individual and official capacities, and Jane Doe Hutchinson, husband and wife; Dustin J. Eberhardt, in his individual and official capacities, and Jane Doe Eberhardt, husband and wife,<br><br>Defendants. | NO. 3:20-cv-08146-DLR-CDB<br><br>**STIPULATION TO DISMISS WITH PREJUDICE** |

It is hereby stipulated, by and between the Parties, Plaintiffs Tremayne Nez and Marcella Nez and Defendants City of Flagstaff, Clint Hill, Tricia Hill, Colton B. Hutchinson and Dustin J. Eberhardt, through undersigned counsel, that the above-captioned action be dismissed in its entirety[1] with prejudice, with each side to bear their own attorneys' fees and costs.

---

[1] As stated in the parties' prior Notice of Settlement [Doc. 19], this Stipulation to Dismiss with Prejudice includes dismissal of this action with prejudice against all Defendants, including the unserved Jane Doe Defendants.

8971127.1

DATED this 11th day of January 2021.

| SOUTHWEST CENTER FOR EQUAL JUSTICE | JONES, SKELTON & HOCHULI, P.L.C. |
|---|---|
| By */s/ Joseph Leverence (w/ permission)*<br>   Gary Pearlmutter<br>   Wendy F. White<br>   1124 Mountainaire Road<br>   Flagstaff, Arizona  86005<br>   Attorneys for Plaintiffs | By */s/ Joseph Leverence*<br>   Michele Molinario<br>   Joseph E. Leverence<br>   40 North Central Avenue, Suite 2700<br>   Phoenix, Arizona  85004<br>   Attorneys for Defendants City of Flagstaff, Clint Hill and Tricia Hill, Colton B. Hutchinson and Dustin J. Eberhardt |

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of January 2021, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

Gary Pearlmutter, Esq.
Wendy F. White, Esq.
Southwest Center for Equal Justice
1124 Mountainaire Road
Flagstaff, AZ  86005
Attorneys for Plaintiffs

*/s/ Crystal Wong*